ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of The Preferred Accident Insurance Company of New York, Respondent, *v.* AARON ZANGER, Appellant.

Submitted March 1, 1954; decided March 11, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 228.]

FRANK BURO, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28954.) (And Fourteen Other Appeals, Claims Nos. 28955–28962; 28988–28993.)

Submitted February 23, 1954; decided March 11, 1954.

Motion to amend remittitur denied. [See 306 N. Y. 730.]

CADMAN MEMORIAL CONGREGATIONAL SOCIETY OF BROOKLYN et al., Suing on Behalf of Themselves and Other Congregational Christian Churches Similarly Situated, Appellants, *v.* HELEN KENYON, as Moderator of The General Council of the Congregational Churches of the United States, Respondent.

Submitted March 8, 1954; decided March 11, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 151.]